## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Maverick Porter
                        Plaintiff,

v.                                                    Case No.: 1:22−cv−05183
                                                              Honorable Steven C. Seeger

Mullins Food Products, Inc.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 3, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: Pursuant to the stipulation of dismissal (Dckt. No. [16]), this case is dismissed with prejudice and with each party to bear its own attorneys' fees and costs. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.